1

2

3

4

5

6                          UNITED STATES DISTRICT COURT

7                              DISTRICT OF NEVADA

8                                      * * *

PEGGY JONES, an individual,

9                                              CASE NO.  3:12-CV-00508-LRH-WGC
         Plaintiff,

10

vs.                                          UNOPPOSED MOTION  FOR

11                                           ENLARGEMENT OF TIME

SCORPIO GOLD

12   (US) CORPORATION, a
     Nevada corporation,                     **AND ORDER THEREON**

13

         Defendant.

14   _____/

15        Plaintiff through her undersigned counsel of record hereby moves the Court for an

16   enlargement of time to oppose Defendant's Motion to Dismiss for a period of thirty days (30)

17   days from its current due date of November 26, 2012 to and including December 26, 2012.

18   Good cause exists for the requested relief in that counsel for Plaintiff has been in trial for the

19   past two weeks and engaged in trial preparation prior to his first trial commencing November

20   19, 2012.  Further, good cause exists for the one day delay in filing this unopposed motion in

21   that counsel for Defendant was out of the office due to illness and was unable to return Mr.

22   Dickerson's call requesting the extension of time.  Counsel for Defendant will not oppose this

23   motion for enlargement.

24        DATED November 27, 2012

25                                    LAW OFFICE OF
                                      JEFFREY A. DICKERSON

26

27                                    /S/ Jeffrey A. Dickerson
                                      JEFFREY A. DICKERSON

28

                                          1

**ORDER**

Plaintiff shall have to and including December 26, 2012, by which to file and serve her response to Defendant's motion to dismiss (#7).

IT IS SO ORDERED.

DATED this 11th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE