UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| PEGGY JONES, an individual, | |
|     Plaintiff, | CASE NO. 3:12-CV-00508-LRH-WGC |
| vs. | UNOPPOSED MOTION FOR ENLARGEMENT OF TIME |
| SCORPIO GOLD (US) CORPORATION, a Nevada corporation, | **AND ORDER THEREON** |
|     Defendant. | |
| _____/ | |

Plaintiff through her undersigned counsel of record hereby moves the Court for an enlargement of time to oppose Defendant's Motion to Dismiss for a period of thirty days (30) days from its current due date of November 26, 2012 to and including December 26, 2012. Good cause exists for the requested relief in that counsel for Plaintiff has been in trial for the past two weeks and engaged in trial preparation prior to his first trial commencing November 19, 2012. Further, good cause exists for the one day delay in filing this unopposed motion in that counsel for Defendant was out of the office due to illness and was unable to return Mr. Dickerson's call requesting the extension of time. Counsel for Defendant will not oppose this motion for enlargement.

DATED November 27, 2012

                                                    LAW OFFICE OF
                                                  JEFFREY A. DICKERSON

                                                  /S/ Jeffrey A. Dickerson
                                                  JEFFREY A. DICKERSON

1

**ORDER**

Plaintiff shall have to and including December 26, 2012, by which to file and serve her response to Defendant's motion to dismiss (#7).

IT IS SO ORDERED.

DATED this 11th day of December, 2012.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE