UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| PEGGY JONES, | CASE NO. 3:12-cv-508-LRH-WGC |
| Plaintiff, | |
| | STIPULATION AND ORDER |
| vs. | TO DISMISS WITH PREJUDICE |
| SCORPIO GOLD (US) CORP. | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED TO by and between Plaintiff, PEGGY JONES, through her counsel of record, JULIE CAVANAUGH-BILL, and Defendant, SCORPIO GOLD, through counsel of record GLENN SCHLABS, that pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, the parties submit this Joint Stipulation for Dismissal with Prejudice, and request that the Court dismiss this action with prejudice. Each party agrees to bear its own costs and expenses.

DATED: this day of 1st March, 2017.    DATED: this 1st day of March, 2016

CAVANAUGH-BILL                          SHERMAN & HOWARD, LLC
LAW OFFICES, LLC

/s/ Julie Cavanaugh-Bill                /s/ Glenn Schlabs

JULIE CAVANAUGH-BILL                    GLENN SCHLABS
NV. Bar No. 11533                       NV. Bar No. 5124

ORDER

Pursuant to the stipulation of the parties, IT IS ORDERED that this action be and the same is hereby dismissed with prejudice, each party to bear his/her/its own costs and fees incurred herein.

DATED this __2nd__ day of March, 2017

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE